IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES E. CADDELL, JR., et al. | ) | CASE NO: 5:07-CV-00470 |
| Plaintiffs, | ) ) | JUDGE: DAVID D. DOWD, JR. |
| v. | ) ) | |
| AIRCRAFT BRAKING SYSTEMS CORPORATION, | ) ) ) | <u>AGREED DISMISSAL ENTRY</u> |
| Defendant. | ) ) | |

The parties having informed the Court that this matter has been amicably resolved, the Court hereby dismisses this action with prejudice, each party to bear its own costs, expenses and attorneys fees. All parties shall maintain as confidential the terms of the settlement herein.

IT IS SO ORDERED.

*s/ David D. Dowd, Jr.*   8/13/07
HONORABLE DAVID D. DOWD, JR.

AGREED:

_____
Michele Morris (#0032688)
1 South Main Street
Suite 301
Akron, Ohio  44308
(330) 253-7100 / (330) 253-2500 (fax)
mmorris@mmorrislaw.com

*Lead Counsel for Defendant,*
*Aircraft Braking Systems Corporation*

_____
Frederick Gittes (#0031444)
Kathaleen B. Schulte (#0031448)
Gittes & Schulte
723 Oak Street
Columbus, Ohio  43205
(614) 222-4735 / (614) 221-9655 (fax)
fgittes@gittesschulte.com
kschulte@gittesschulte.com

*Lead Counsel for Plaintiffs,*
*James E. Caddell, Jr. and*
*Henry W. Thornton*

| | |
|---|---|
| /s/ John B. Schomer | /s/ Jonathan E. Morris |
| John B. Schomer (#0055640) | Jonathan E. Morris (#0064162) |
| Leigh A. Maxa (#0076847) | Redinger & Morris, LLP |
| BRENNAN, MANNA & DIAMOND | 116 Cleveland Avenue N.W., Suite 418 |
| 75 East Market Street, Akron, Ohio 44308 | Canton, Ohio 44702 |
| (330) 253-5060 / (330) 253-1977 (fax) | (330) 453-0008 |
| jbschomer@bmdllc.com | |
| lamaxa@bmdllc.com | *Counsel for Plaintiffs,* |
| | *James E. Caddell, Jr. and* |
| *Counsel for Defendant,* | *Henry W. Thornton* |
| *Aircraft Braking Systems Corporation* | |